UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC -8 2015
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Joseph Toolan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:15-cv-02125 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 12/8/2015 |
| United States *et al.*, ) | Description: Pro Se Gen. Civil (F Deck) |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The plaintiff has submitted to the Clerk of Court a document captioned: "Plaintiff summons by Federal Judge's order of arrest and sheriff's services of detainment the following Defendant et al. and their accomplices to plea to Civil Complaint of Felony Crimes described on the civil action cover sheet . . . ." Because the document is accompanied by a motion to proceed *in forma pauperis*, the Court will construe it as a complaint and, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), will dismiss this case as frivolous.

The plaintiff resides in North Andover, Massachusetts. He purports to summon President Barack Obama, Vice President Joe Biden, and several members of the United States Senate and House of Representatives "to appear in court to plea [sic] to civil complaint of felony crimes regarding actions of delay of matter, perjury, obstruction and fraud in response to filing and law making request made by Joseph Toolan on many occasions in written and other means of communicated attempts to have a matter titled-Legislation to Provide Private Law . . . ." Compl. at 2. The statements comprising the complaint continue for thirteen pages in this incoherent manner.

A complaint presenting "fantastic or delusional scenarios" merits dismissal under § 1915(e)(2) as frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), as does one based on claims that are "essentially fictitious," *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994), or that "postulat[e] events and circumstances of a wholly fanciful kind." *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981). The instant complaint satisfies this standard and, thus, will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

/s/ Reggie B. Walton
United States District Judge

Date: November 23, 2015